Stephen M. Uthoff, State Bar No. 145206
E-mail: suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, California 90802
Tele: 562-437-4301
Fax: 562-437-4341

Attorneys for Plaintiff
MAERSK LINE

FILED
2012 NOV 29  PM 3:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MAERSK LINE, <br><br>    Plaintiff, <br><br> vs. <br><br> U.S. FURNITURE INC. <br><br>    Defendant. | Case No. CV 12-10212 CBM (JEM) <br><br> **IN ADMIRALTY** <br><br> **COMPLAINT FOR MONEY DUE UNDER TARIFF, BREACH OF CONTRACT(S), WORK AND LABOR PERFORMED** |

Maersk Line alleges that:

### FIRST COUNT

(For Money due Under Tariff & Service Contract(s))

1.     This Court has jurisdiction under 28 U.S.C. §§1331 and 1333.  This matter arises under the laws of the United States, in particular, <u>The Shipping Act of 1984</u>, (as amended) 46 U.S.C. §§40101 et seq. (hereinafter "The Act"), and involves contract(s) within the jurisdiction or claims pendent or ancillary to the same.  This is an admiralty and maritime claim.

1

2. Maersk Line (hereinafter "Plaintiff") is a common carrier by water, *inter alia*, in the interstate and foreign commerce of the United States as defined in The Act and was such a common carrier for the benefit of U.S. Furniture, Inc. ("Defendant").

3. Defendants, and each of them, are, and were at all times herein mentioned, a natural person, firm, association, organization, partnership, corporation, business, trust, or public entity, with its principal place of business or residence in this district and is and was a legal entity capable of being sued. Each defendant is believed to be the agent or alter-ego of each remaining defendant.

4. Venue is proper in this judicial district because it is where the claim arose and/or because defendant(s) resides or does business in the district and/or defendant(s) are aliens.

5. Plaintiff has filed a schedule of its rates and charges and service contracts for the carriage of cargo, wharfage and dockage detention and demurrage with the Federal Maritime Commission or has otherwise maintained said rates and charges pursuant to The Act. Pursuant to The Act, Plaintiff is prohibited from transporting cargo for a lesser rate than that specified in its tariffs or service contracts. The Act also prohibits Defendant from obtaining transportation or attempting to obtain transportation of cargo at lesser rates.

6. Plaintiff transported cargo for the benefit of Defendant during 2009-2012 in the foreign commerce of the United States. Such transportation and services provided are evidenced by Plaintiff's service contracts, bills of lading and/or freight bills, invoices, credit agreements and freight guarantees, the terms of which are incorporated herein through this reference. Plaintiff has fully performed its tariff obligations. A summary of the relevant bills of lading are attached hereto as Exhibit "A" and made a part hereof.

7. Plaintiff has demanded that Defendant pay the full amount due of $122,454.72.

8. Defendant has knowingly and willfully failed and refused to pay Plaintiff the full amount due.

9. Consequently, Defendant is liable to Plaintiff in the amount of $122,454.72, plus reasonable attorneys' fees and interest thereon.

## SECOND COUNT

### (For Breach of Written Contract(s))

10. Plaintiff refers to paragraphs 1 through 9 of this complaint and incorporates them herein by this reference.

11. Said transportation was performed pursuant to a written contract(s) of carriage and service contracts between Plaintiff and Defendant, as evidenced by said bills of lading and/or freight bills listed in Exhibit A.

12. Plaintiff has fully performed its obligations under said contracts except those obligations, if any, which Plaintiff was excused from performing.

13. Plaintiff has demanded that Defendant pay the amount due under said contracts and the Defendant has refused to pay thereon.

14. Consequently, Defendant is liable to plaintiff in the amount of $122,454.72, plus reasonable attorneys' fees and interest thereon.

## THIRD COUNT

### (For Work and Labor Performed)

15. Plaintiff refers to paragraphs 1 through 14 of this complaint and incorporates them herein by this reference.

16. Within the last four (4) years, Defendant became indebted to Plaintiff for work and labor performed by Plaintiff for the benefit of Defendant, as evidenced in Exhibit A for which Defendant agreed to pay Plaintiff.

17. Despite due demand, the sum of $122,454.72 is now due, owing and unpaid for said work and labor performed.

///
///
///
///

WHEREFORE, plaintiff prays for judgment against defendant as follows:

1. For judgment in the principal amount of $122,454.72;
2. For the costs of collection, according to proof;
3. For costs of suit incurred herein, according to proof;
4. For pre-judgment and post-judgment interest;
5. For reasonable attorneys' fees; and
6. For such other and further relief as the Court deems just and proper.

Dated: November 29, 2012

By: _____
Stephen M. Uthoff
The Uthoff Law Corporation
Attorneys for Plaintiff
MAERSK LINE

| Customer | Doc. Date | bill of lading | DocumentNo | Inv. ref. | Amt in loc.cur. | paid | balance |
|---|---|---|---|---|---|---|---|
| US00519470 | 09/25/2009 | 528850764 | 1900059287 | 1900059287 | $3,207.00 | ($3,093.00) | $114.00 |
| US00519470 | 09/30/2009 | 528852720 | 1900042306 | 1900042306 | $1,759.00 | ($1,131.00) | $628.00 |
| US00519470 | 10/01/2009 | 528852644 | 1900062069 | 1900062069 | $1,759.00 | ($1,131.00) | $628.00 |
| US00519470 | 10/05/2009 | 528852725 | 1900128997 | 1900128997 | $1,881.00 | ($1,131.00) | $750.00 |
| US00519470 | 10/14/2009 | 528852728 | 1900095143 | 1900095143 | $3,493.00 | ($2,262.00) | $1,231.00 |
| US00519470 | 02/16/2010 | 550402292 | 5242550356 | 5242550356 | $1,969.00 | ($1,346.00) | $623.00 |
| US00519470 | 02/23/2010 | 550377244 | 5242573920 | 5242573920 | $3,938.00 | ($2,692.00) | $1,246.00 |
| US00519470 | 08/15/2010 | 551790399 | 5243206278 | 5243206278 | $7,645.00 | ($4,982.00) | $2,663.00 |
| US00519470 | 06/08/2011 | 554056416 | 5244332417 | 5244332417 | $1,584.00 | ($1,559.00) | $25.00 |
| US00519470 | 06/14/2011 | 554057480 | 5244350471 | 5244350471 | $1,584.00 | ($1,559.00) | $25.00 |
| US00519470 | 06/14/2011 | 554057500 | 5244350161 | 5244350161 | $1,584.00 | ($1,559.00) | $25.00 |
| US00519470 | 06/14/2011 | 554057509 | 5244350467 | 5244350467 | $1,584.00 | ($1,559.00) | $25.00 |
| US00519470 | 06/14/2011 | 554135829 | 5244350440 | 5244350440 | $1,599.00 | ($1,574.00) | $25.00 |
| US00519470 | 06/21/2011 | 554097658 | 5244373699 | 5244373699 | $3,143.00 | ($3,118.00) | $25.00 |
| US00519470 | 06/23/2011 | 555456077 | 5244387052 | 5244387052 | $3,043.00 | ($3,018.00) | $25.00 |
| US00519470 | 06/26/2011 | 555456220 | 5244395645 | 5244395645 | $3,043.00 | ($3,018.00) | $25.00 |
| US00519470 | 06/26/2011 | 564269886 | 5244395661 | 5244395661 | $1,534.00 | ($1,509.00) | $25.00 |
| US00519470 | 06/26/2011 | 574670482 | 5244395643 | 5244395643 | $4,552.00 | ($4,527.00) | $25.00 |
| US00519470 | 06/28/2011 | 554097681 | 5244400672 | 5244400672 | $3,143.00 | ($3,118.00) | $25.00 |
| US00519470 | 06/28/2011 | 554100885 | 5244400781 | 5244400781 | $3,173.00 | ($3,148.00) | $25.00 |
| US00519470 | 06/28/2011 | 554107130 | 5244400777 | 5244400777 | $1,599.00 | ($1,574.00) | $25.00 |
| US00519470 | 06/28/2011 | 554135887 | 5244400773 | 5244400773 | $4,747.00 | ($4,722.00) | $25.00 |
| US00519470 | 06/28/2011 | 554216921 | 5244400665 | 5244400665 | $1,584.00 | ($1,559.00) | $25.00 |
| US00519470 | 06/28/2011 | 554217257 | 5244400787 | 5244400787 | $1,599.00 | ($1,574.00) | $25.00 |
| US00519470 | 06/28/2011 | 861987912 | 5244400676 | 5244400676 | $1,584.00 | ($1,559.00) | $25.00 |
| US00519470 | 07/01/2011 | 564300240 | 5244412694 | 5244412694 | $1,534.00 | ($1,509.00) | $25.00 |
| US00519470 | 07/01/2011 | 564300241 | 5244412692 | 5244412692 | $1,534.00 | ($1,509.00) | $25.00 |
| US00519470 | 07/01/2011 | 862675940 | 5244412693 | 5244412693 | $1,534.00 | ($1,509.00) | $25.00 |
| US00519470 | 07/05/2011 | 554135821 | 5244421911 | 5244421911 | $4,747.00 | ($4,722.00) | $25.00 |
| US00519470 | 07/05/2011 | 862414714 | 5244421825 | 5244421825 | $1,584.00 | ($1,559.00) | $25.00 |
| US00519470 | 07/05/2011 | 862667774 | 5244421829 | 5244421829 | $3,143.00 | ($3,118.00) | $25.00 |
| US00519470 | 07/06/2011 | 862741451 | 5244425639 | 5244425639 | $1,584.00 | ($1,559.00) | $25.00 |
| US00519470 | 07/08/2011 | 554224777 | 5244438838 | 5244438838 | $3,173.00 | ($3,148.00) | $25.00 |
| US00519470 | 07/12/2011 | 554214284 | 5244449061 | 5244449061 | $1,938.00 | ($1,574.00) | $364.00 |
| US00519470 | 07/12/2011 | 554276337 | 5244449048 | 5244449048 | $1,599.00 | ($1,574.00) | $25.00 |
| US00519470 | 07/12/2011 | 554303524 | 5244449057 | 5244449057 | $3,173.00 | ($3,148.00) | $25.00 |
| US00519470 | 07/12/2011 | 862361393 | 5244448508 | 5244448508 | $1,584.00 | ($1,559.00) | $25.00 |
| US00519470 | 07/13/2011 | 862637922 | 5244455393 | 5244455393 | $1,534.00 | ($1,509.00) | $25.00 |
| US00519470 | 07/13/2011 | 862690166 | 5244455392 | 5244455392 | $3,043.00 | ($3,018.00) | $25.00 |
| US00519470 | 07/19/2011 | 554313666 | 5244471346 | 5244471346 | $1,938.00 | ($1,574.00) | $364.00 |
| US00519470 | 07/19/2011 | 554323543 | 5244470641 | 5244470641 | $1,484.00 | ($1,459.00) | $25.00 |
| US00519470 | 07/20/2011 | 564302749 | 5244476880 | 5244476880 | $1,434.00 | ($1,409.00) | $25.00 |
| US00519470 | 07/20/2011 | 862111858 | 5244478497 | 5244478497 | $1,434.00 | ($1,409.00) | $25.00 |
| US00519470 | 07/22/2011 | 574649392 | 5244492309 | 5244492309 | $1,434.00 | ($1,409.00) | $25.00 |
| US00519470 | 07/25/2011 | 555456679 | 5244497088 | 5244497088 | $2,843.00 | ($2,818.00) | $25.00 |
| US00519470 | 07/26/2011 | 554443091 | 5244499397 | 5244499397 | $1,499.00 | ($1,474.00) | $25.00 |
| US00519470 | 07/27/2011 | 862361386 | 5244504381 | 5244504381 | $1,584.00 | ($1,559.00) | $25.00 |
| US00519470 | 08/02/2011 | 554214284 | 5244524069 | 5244524069 | $110.00 | $0.00 | $110.00 |

EXHIBIT A

5

| Account | Date | Ref1 | Ref2 | Ref3 | Amount | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| US00519470 | 08/02/2011 | 554482486 | 5244524076 | 5244524076 | $1,499.00 | ($1,474.00) | $25.00 |
| US00519470 | 08/02/2011 | 561388417 | 5244526932 | 5244526932 | $1,434.00 | ($1,409.00) | $25.00 |
| US00519470 | 08/02/2011 | 561388418 | 5244523767 | 5244523767 | $1,434.00 | ($1,409.00) | $25.00 |
| US00519470 | 08/02/2011 | 862094177 | 5244524204 | 5244524204 | $1,484.00 | ($1,459.00) | $25.00 |
| US00519470 | 08/05/2011 | 554347718 | 5244542798 | 5244542798 | $1,484.00 | ($1,459.00) | $25.00 |
| US00519470 | 08/07/2011 | 574670543 | 5244547881 | 5244547881 | $1,434.00 | ($1,409.00) | $25.00 |
| US00519470 | 08/09/2011 | 554489183 | 5244556413 | 5244556413 | $1,499.00 | ($1,474.00) | $25.00 |
| US00519470 | 08/09/2011 | 554489243 | 5244556410 | 5244556410 | $1,499.00 | ($1,474.00) | $25.00 |
| US00519470 | 08/09/2011 | 554568106 | 5244556416 | 5244556416 | $2,973.00 | ($1,474.00) | $1,499.00 |
| US00519470 | 08/09/2011 | 567981448 | 5244556414 | 5244556414 | $1,499.00 | ($1,474.00) | $25.00 |
| US00519470 | 08/09/2011 | 862172645 | 5244556294 | 5244556294 | $1,484.00 | ($1,459.00) | $25.00 |
| US00519470 | 08/16/2011 | 554616658 | 5244583413 | 5244583413 | $4,447.00 | $0.00 | $4,447.00 |
| US00519470 | 08/16/2011 | 568005977 | 5244583408 | 5244583408 | $2,973.00 | ($2,948.00) | $25.00 |
| US00519470 | 08/23/2011 | 562415111 | 5244607742 | 5244607742 | $1,434.00 | ($1,409.00) | $25.00 |
| US00519470 | 08/23/2011 | 574670565 | 5244607432 | 5244607432 | $1,434.00 | ($1,409.00) | $25.00 |
| US00519470 | 08/24/2011 | 554720734 | 5244615616 | 5244615616 | $1,434.00 | ($625.00) | $809.00 |
| US00519470 | 08/24/2011 | 561391351 | 5244615621 | 5244615621 | $1,434.00 | ($125.00) | $1,309.00 |
| US00519470 | 08/24/2011 | 561391380 | 5244615686 | 5244615686 | $1,434.00 | ($125.00) | $1,309.00 |
| US00519470 | 08/24/2011 | 862021143 | 5244615681 | 5244615681 | $2,843.00 | ($250.00) | $2,593.00 |
| US00519470 | 08/24/2011 | 862592567 | 5244615745 | 5244615745 | $1,484.00 | ($1,459.00) | $25.00 |
| US00519470 | 08/28/2011 | 567956385 | 5244625288 | 5244625288 | $1,434.00 | ($1,409.00) | $25.00 |
| US00519470 | 08/31/2011 | 862602094 | 5244634939 | 5244634939 | $1,484.00 | ($1,459.00) | $25.00 |
| US00519470 | 09/05/2011 | 567956461 | 5244653665 | 5244653665 | $1,434.00 | ($1,219.00) | $215.00 |
| US00519470 | 09/06/2011 | 554692026 | 5244657940 | 5244657940 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 09/06/2011 | 554752102 | 5244657878 | 5244657878 | $1,459.00 | ($1,269.00) | $190.00 |
| US00519470 | 09/06/2011 | 554752210 | 5244657863 | 5244657863 | $1,459.00 | ($1,269.00) | $190.00 |
| US00519470 | 09/06/2011 | 554752258 | 5244657871 | 5244657871 | $1,459.00 | ($1,269.00) | $190.00 |
| US00519470 | 09/06/2011 | 554782822 | 5244657885 | 5244657885 | $4,422.00 | ($3,852.00) | $570.00 |
| US00519470 | 09/06/2011 | 554798444 | 5244657875 | 5244657875 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 09/06/2011 | 862255605 | 5244658605 | 5244658605 | $1,409.00 | ($1,219.00) | $190.00 |
| US00519470 | 09/07/2011 | 862602103 | 5244660333 | 5244660333 | $1,484.00 | ($1,269.00) | $215.00 |
| US00519470 | 09/11/2011 | 862449842 | 5244674099 | 5244674099 | $3,734.00 | ($3,318.00) | $416.00 |
| US00519470 | 09/13/2011 | 554713026 | 5244681565 | 5244681565 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 09/13/2011 | 554768071 | 5244681568 | 5244681568 | $2,948.00 | ($2,568.00) | $380.00 |
| US00519470 | 09/13/2011 | 554824020 | 5244681563 | 5244681563 | $2,948.00 | ($2,568.00) | $380.00 |
| US00519470 | 09/13/2011 | 554849567 | 5244681582 | 5244681582 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 09/13/2011 | 554865016 | 5244681577 | 5244681577 | $2,948.00 | ($2,568.00) | $380.00 |
| US00519470 | 09/18/2011 | 561382076 | 5244702154 | 5244702154 | $1,434.00 | ($1,219.00) | $215.00 |
| US00519470 | 09/18/2011 | 574652428 | 5244702205 | 5244702205 | $1,434.00 | ($1,219.00) | $215.00 |
| US00519470 | 09/20/2011 | 554849735 | 5244712409 | 5244712409 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 09/20/2011 | 554883947 | 5244707837 | 5244707837 | $1,434.00 | ($1,219.00) | $215.00 |
| US00519470 | 09/20/2011 | 862242513 | 5244712355 | 5244712355 | $1,484.00 | ($1,269.00) | $215.00 |
| US00519470 | 09/21/2011 | 554720734 | 5244720170 | 5244720170 | $675.00 | $0.00 | $675.00 |
| US00519470 | 09/22/2011 | 562179935 | 5244723849 | 5244723849 | $2,669.00 | ($1,409.00) | $1,260.00 |
| US00519470 | 09/27/2011 | 554884213 | 5244739723 | 5244739723 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 09/27/2011 | 554909167 | 5244739714 | 5244739714 | $2,948.00 | ($2,568.00) | $380.00 |
| US00519470 | 09/27/2011 | 554909612 | 5244739717 | 5244739717 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 09/27/2011 | 554910386 | 5244739719 | 5244739719 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 09/28/2011 | 561395670 | 5244741744 | 5244741744 | $1,434.00 | ($1,219.00) | $215.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| US00519470 | 09/28/2011 | 862789046 | 5244743114 | 5244743114 | $1,434.00 | ($1,219.00) | $215.00 |
| US00519470 | 09/28/2011 | 862809204 | 5244741735 | 5244741735 | $2,843.00 | ($2,438.00) | $405.00 |
| US00519470 | 10/02/2011 | 561383573 | 5244759882 | 5244759882 | $1,434.00 | ($1,219.00) | $215.00 |
| US00519470 | 10/02/2011 | 574653449 | 5244759821 | 5244759821 | $1,434.00 | ($1,145.00) | $289.00 |
| US00519470 | 10/04/2011 | 554935698 | 5244768995 | 5244768995 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 10/04/2011 | 554936255 | 5244769011 | 5244769011 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 10/04/2011 | 554936452 | 5244769002 | 5244769002 | $1,499.00 | ($1,284.00) | $215.00 |
| US00519470 | 10/04/2011 | 554948229 | 5244768820 | 5244768820 | $3,834.00 | ($3,038.00) | $796.00 |
| US00519470 | 10/04/2011 | 862012513 | 5244770527 | 5244770527 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 10/06/2011 | 554936125 | 5244778175 | 5244778175 | $1,484.00 | ($1,269.00) | $215.00 |
| US00519470 | 10/12/2011 | 554927063 | 5244795094 | 5244795094 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 10/12/2011 | 555055383 | 5244805363 | 5244805363 | $4,422.00 | ($3,852.00) | $570.00 |
| US00519470 | 10/12/2011 | 555055438 | 5244795102 | 5244795102 | $2,948.00 | ($2,568.00) | $380.00 |
| US00519470 | 10/12/2011 | 555072008 | 5244803361 | 5244803361 | $1,474.00 | ($1,284.00) | $190.00 |
| US00519470 | 10/14/2011 | 554936125 | 5244811539 | 5244811539 | $458.00 | $0.00 | $458.00 |
| US00519470 | 10/15/2011 | 862415127 | 5244814070 | 5244814070 | $25.00 | $0.00 | $25.00 |
| US00519470 | 10/19/2011 | 555073767 | 5244829804 | 5244829804 | $2,948.00 | ($2,568.00) | $380.00 |
| US00519470 | 10/19/2011 | 555075075 | 5244829712 | 5244829712 | $4,377.00 | ($3,807.00) | $570.00 |
| US00519470 | 10/20/2011 | 555061179 | 5244834948 | 5244834948 | $2,948.00 | ($2,568.00) | $380.00 |
| US00519470 | 10/25/2011 | 554849735 | 5244851414 | 5244851414 | $50.00 | $0.00 | $50.00 |
| US00519470 | 11/02/2011 | 862191722 | 5244881083 | 5244881083 | $1,459.00 | ($1,269.00) | $190.00 |
| US00519470 | 11/02/2011 | 862191722 | 5244883185 | 5244883185 | $350.00 | $0.00 | $350.00 |
| US00519470 | 11/04/2011 | 862772027 | 5244895283 | 5244895283 | $3,169.00 | ($1,309.00) | $1,860.00 |
| US00519470 | 11/15/2011 | 554948229 | 5244936513 | 5244936513 | $340.00 | $0.00 | $340.00 |
| US00519470 | 12/26/2011 | 554135887 | 5245086845 | 5245086845 | $2,694.00 | $0.00 | $2,694.00 |
| US00519470 | 12/26/2011 | 554224777 | 5245086838 | 5245086838 | $632.00 | $0.00 | $632.00 |
| US00519470 | 12/26/2011 | 554247617 | 5245086847 | 5245086847 | $2,860.00 | $0.00 | $2,860.00 |
| US00519470 | 12/26/2011 | 554286928 | 5245086839 | 5245086839 | $74.00 | $0.00 | $74.00 |
| US00519470 | 12/26/2011 | 554286928 | 5245086842 | 5245086842 | $518.00 | $0.00 | $518.00 |
| US00519470 | 12/26/2011 | 555456220 | 5245086840 | 5245086840 | $740.00 | $0.00 | $740.00 |
| US00519470 | 12/26/2011 | 564300240 | 5245086846 | 5245086846 | $974.00 | $0.00 | $974.00 |
| US00519470 | 12/26/2011 | 574670482 | 5245086841 | 5245086841 | $1,036.00 | $0.00 | $1,036.00 |
| US00519470 | 12/26/2011 | 574670482 | 5245086843 | 5245086843 | $1,088.00 | $0.00 | $1,088.00 |
| US00519470 | 12/28/2011 | 554100885 | 5245097382 | 5245097382 | $444.00 | $0.00 | $444.00 |
| US00519470 | 12/28/2011 | 554100885 | 5245097383 | 5245097383 | $518.00 | $0.00 | $518.00 |
| US00519470 | 12/28/2011 | 554107130 | 5245097384 | 5245097384 | $1,316.00 | $0.00 | $1,316.00 |
| US00519470 | 12/28/2011 | 554135821 | 5245097385 | 5245097385 | $632.00 | $0.00 | $632.00 |
| US00519470 | 12/28/2011 | 554135821 | 5245097386 | 5245097386 | $2,684.00 | $0.00 | $2,684.00 |
| US00519470 | 01/10/2012 | 863160302 | 5245140106 | 5245140106 | $1,924.00 | ($1,409.00) | $515.00 |
| US00519470 | 01/17/2012 | 863033285 | 5245164725 | 5245164725 | $1,728.00 | ($1,274.00) | $454.00 |
| US00519470 | 02/06/2012 | 863178994 | 5245249443 | 5245249443 | $2,624.00 | ($1,209.00) | $1,415.00 |
| US00519470 | 02/17/2012 | 555256235 | 3410148539 | 3410148539 | ($1,274.00) | $0.00 | ($1,274.00) |
| US00519470 | 03/02/2012 | 554100934 | 5245351169 | 5245351169 | $148.00 | $0.00 | $148.00 |
| US00519470 | 03/02/2012 | 554302810 | 5245351129 | 5245351129 | $370.00 | $0.00 | $370.00 |
| US00519470 | 03/02/2012 | 554303524 | 5245351130 | 5245351130 | $1,430.00 | $0.00 | $1,430.00 |
| US00519470 | 03/02/2012 | 554333727 | 5245351131 | 5245351131 | $1,202.00 | $0.00 | $1,202.00 |
| US00519470 | 03/02/2012 | 554347718 | 5245351132 | 5245351132 | $296.00 | $0.00 | $296.00 |
| US00519470 | 03/02/2012 | 554361053 | 5245351133 | 5245351133 | $74.00 | $0.00 | $74.00 |
| US00519470 | 03/02/2012 | 554361097 | 5245351134 | 5245351134 | $74.00 | $0.00 | $74.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| US00519470 | 03/02/2012 | 554439582 | 5245351135 | 5245351135 | $444.00 | $0.00 | $444.00 |
| US00519470 | 03/02/2012 | 554443091 | 5245351136 | 5245351136 | $222.00 | $0.00 | $222.00 |
| US00519470 | 03/02/2012 | 554489243 | 5245351137 | 5245351137 | $148.00 | $0.00 | $148.00 |
| US00519470 | 03/02/2012 | 554566850 | 5245351138 | 5245351138 | $74.00 | $0.00 | $74.00 |
| US00519470 | 03/02/2012 | 554568106 | 5245351139 | 5245351139 | $148.00 | $0.00 | $148.00 |
| US00519470 | 03/02/2012 | 554616658 | 5245351140 | 5245351140 | $3,544.00 | $0.00 | $3,544.00 |
| US00519470 | 03/02/2012 | 554645607 | 5245351141 | 5245351141 | $1,492.00 | $0.00 | $1,492.00 |
| US00519470 | 03/02/2012 | 554748425 | 5245351142 | 5245351142 | $2,124.00 | $0.00 | $2,124.00 |
| US00519470 | 03/02/2012 | 554752102 | 5245351143 | 5245351143 | $746.00 | $0.00 | $746.00 |
| US00519470 | 03/02/2012 | 554752210 | 5245351144 | 5245351144 | $746.00 | $0.00 | $746.00 |
| US00519470 | 03/02/2012 | 554752258 | 5245351145 | 5245351145 | $860.00 | $0.00 | $860.00 |
| US00519470 | 03/02/2012 | 554768071 | 5245351146 | 5245351146 | $2,870.00 | $0.00 | $2,870.00 |
| US00519470 | 03/02/2012 | 554782822 | 5245351147 | 5245351147 | $746.00 | $0.00 | $746.00 |
| US00519470 | 03/02/2012 | 554782822 | 5245351148 | 5245351148 | $2,518.00 | $0.00 | $2,518.00 |
| US00519470 | 03/02/2012 | 554798444 | 5245351149 | 5245351149 | $444.00 | $0.00 | $444.00 |
| US00519470 | 03/02/2012 | 554936452 | 5245351150 | 5245351150 | $148.00 | $0.00 | $148.00 |
| US00519470 | 03/02/2012 | 555366390 | 5245351152 | 5245351152 | $2,860.00 | $0.00 | $2,860.00 |
| US00519470 | 03/02/2012 | 555456679 | 5245351153 | 5245351153 | $222.00 | $0.00 | $222.00 |
| US00519470 | 03/02/2012 | 555456679 | 5245351154 | 5245351154 | $518.00 | $0.00 | $518.00 |
| US00519470 | 03/02/2012 | 561388417 | 5245351155 | 5245351155 | $255.00 | $0.00 | $255.00 |
| US00519470 | 03/02/2012 | 564302749 | 5245351156 | 5245351156 | $720.00 | $0.00 | $720.00 |
| US00519470 | 03/02/2012 | 567956461 | 5245351157 | 5245351157 | $746.00 | $0.00 | $746.00 |
| US00519470 | 03/02/2012 | 574670543 | 5245351159 | 5245351159 | $222.00 | $0.00 | $222.00 |
| US00519470 | 03/02/2012 | 862094177 | 5245351160 | 5245351160 | $222.00 | $0.00 | $222.00 |
| US00519470 | 03/02/2012 | 862255605 | 5245351161 | 5245351161 | $444.00 | $0.00 | $444.00 |
| US00519470 | 03/02/2012 | 862602103 | 5245351162 | 5245351162 | $444.00 | $0.00 | $444.00 |
| US00519470 | 03/02/2012 | 862690166 | 5245351163 | 5245351163 | $970.00 | $0.00 | $970.00 |
| US00519470 | 03/05/2012 | 554135655 | 5245357941 | 5245357941 | $296.00 | $0.00 | $296.00 |
| US00519470 | 03/05/2012 | 554135821 | 5245357945 | 5245357945 | $1,088.00 | $0.00 | $1,088.00 |
| US00519470 | 03/05/2012 | 554136093 | 5245357942 | 5245357942 | $370.00 | $0.00 | $370.00 |
| US00519470 | 03/05/2012 | 554136111 | 5245357946 | 5245357946 | $1,544.00 | $0.00 | $1,544.00 |
| US00519470 | 03/05/2012 | 554266825 | 5245357943 | 5245357943 | $592.00 | $0.00 | $592.00 |
| US00519470 | 03/05/2012 | 554276473 | 5245357954 | 5245357954 | $1,772.00 | $0.00 | $1,772.00 |
| US00519470 | 03/05/2012 | 554286931 | 5245357947 | 5245357947 | $860.00 | $0.00 | $860.00 |
| US00519470 | 03/05/2012 | 554286931 | 5245357955 | 5245357955 | $1,544.00 | $0.00 | $1,544.00 |
| US00519470 | 03/05/2012 | 554303521 | 5245357944 | 5245357944 | $746.00 | $0.00 | $746.00 |
| US00519470 | 03/05/2012 | 554438919 | 5245357956 | 5245357956 | $370.00 | $0.00 | $370.00 |
| US00519470 | 03/05/2012 | 554440305 | 5245357948 | 5245357948 | $222.00 | $0.00 | $222.00 |
| US00519470 | 03/05/2012 | 554489293 | 5245357962 | 5245357962 | $746.00 | $0.00 | $746.00 |
| US00519470 | 03/05/2012 | 554568106 | 5245357957 | 5245357957 | $740.00 | $0.00 | $740.00 |
| US00519470 | 03/05/2012 | 554635432 | 5245357960 | 5245357960 | $148.00 | $0.00 | $148.00 |
| US00519470 | 03/05/2012 | 554720734 | 5245357963 | 5245357963 | $340.00 | $0.00 | $340.00 |
| US00519470 | 03/05/2012 | 555366390 | 5245357949 | 5245357949 | $974.00 | $0.00 | $974.00 |
| US00519470 | 03/05/2012 | 561391380 | 5245357964 | 5245357964 | $845.00 | $0.00 | $845.00 |
| US00519470 | 03/05/2012 | 568005977 | 5245357959 | 5245357959 | $74.00 | $0.00 | $74.00 |
| US00519470 | 03/05/2012 | 568005977 | 5245357965 | 5245357965 | $1,544.00 | $0.00 | $1,544.00 |
| US00519470 | 03/05/2012 | 574670565 | 5245357966 | 5245357966 | $974.00 | $0.00 | $974.00 |
| US00519470 | 03/05/2012 | 862021143 | 5245357967 | 5245357967 | $845.00 | $0.00 | $845.00 |
| US00519470 | 03/05/2012 | 862111858 | 5245357950 | 5245357950 | $85.00 | $0.00 | $85.00 |

| Account | Date | Ref1 | Ref2 | Ref3 | Amount | Adjustment | Balance |
|---|---|---|---|---|---|---|---|
| US00519470 | 03/05/2012 | 862361393 | 5245357951 | 5245357951 | $1,088.00 | $0.00 | $1,088.00 |
| US00519470 | 03/05/2012 | 862592567 | 5245357968 | 5245357968 | $632.00 | $0.00 | $632.00 |
| US00519470 | 03/05/2012 | 862602094 | 5245357969 | 5245357969 | $370.00 | $0.00 | $370.00 |
| US00519470 | 03/05/2012 | 862667774 | 5245357952 | 5245357952 | $3,202.00 | $0.00 | $3,202.00 |
| US00519470 | 03/14/2012 | 556346243 | 5245390114 | 5245390114 | $3,559.00 | ($1,284.00) | $2,275.00 |
| US00519470 | 03/16/2012 | 554057350 | 3500651945 | 3500651945 | ($1,559.00) | $0.00 | ($1,559.00) |
| US00519470 | 03/27/2012 | 556526218 | 5245443181 | 5245443181 | $1,284.00 | $0.00 | $1,284.00 |
| US00519470 | 04/03/2012 | 556527461 | 5245472855 | 5245472855 | $1,624.00 | ($1,284.00) | $340.00 |
| US00519470 | 04/03/2012 | 556594734 | 5245472863 | 5245472863 | $3,248.00 | ($3,168.00) | $80.00 |
| US00519470 | 04/03/2012 | 863605440 | 5245472857 | 5245472857 | $1,559.00 | ($1,519.00) | $40.00 |
| US00519470 | 04/03/2012 | 863613730 | 5245472449 | 5245472449 | $2,494.00 | ($1,044.00) | $1,450.00 |
| US00519470 | 04/10/2012 | 557830190 | 5245495968 | 5245495968 | $1,559.00 | ($1,519.00) | $40.00 |
| US00519470 | 04/10/2012 | 583560304 | 5245495978 | 5245495978 | $1,559.00 | ($1,519.00) | $40.00 |
| US00519470 | 04/11/2012 | 556676527 | 5245510909 | 5245510909 | $1,624.00 | ($1,584.00) | $40.00 |
| US00519470 | 04/11/2012 | 556689209 | 5245504774 | 5245504774 | $1,759.00 | ($1,479.00) | $280.00 |
| US00519470 | 04/11/2012 | 556779773 | 5245510901 | 5245510901 | $1,624.00 | ($1,584.00) | $40.00 |
| US00519470 | 04/11/2012 | 863553206 | 5245508895 | 5245508895 | $4,677.00 | ($4,557.00) | $120.00 |
| US00519470 | 04/11/2012 | 863594546 | 5245499430 | 5245499430 | $4,397.00 | ($3,657.00) | $740.00 |
| US00519470 | 04/11/2012 | 863741014 | 5245509563 | 5245509563 | $1,559.00 | ($1,519.00) | $40.00 |
| US00519470 | 04/14/2012 | 556676594 | 5245520002 | 5245520002 | $2,674.00 | ($2,634.00) | $40.00 |
| US00519470 | 04/17/2012 | 556774979 | 5245526863 | 5245526863 | $1,624.00 | ($1,584.00) | $40.00 |
| US00519470 | 04/17/2012 | 556840064 | 5245526867 | 5245526867 | $1,624.00 | ($1,584.00) | $40.00 |
| US00519470 | 04/17/2012 | 863539724 | 5245526752 | 5245526752 | $1,559.00 | ($1,519.00) | $40.00 |
| US00519470 | 04/18/2012 | 556805835 | 5245534922 | 5245534922 | $1,624.00 | ($1,584.00) | $40.00 |
| US00519470 | 04/18/2012 | 556861754 | 5245534907 | 5245534907 | $1,624.00 | ($1,584.00) | $40.00 |
| US00519470 | 04/18/2012 | 556861758 | 5245534920 | 5245534920 | $1,624.00 | ($1,584.00) | $40.00 |
| US00519470 | 04/18/2012 | 863662810 | 5245534764 | 5245534764 | $1,559.00 | ($1,519.00) | $40.00 |
| US00519470 | 04/19/2012 | 863629240 | 5245535699 | 5245535699 | $1,559.00 | ($1,519.00) | $40.00 |
| US00519470 | 04/19/2012 | 863728886 | 5245535704 | 5245535704 | $4,677.00 | ($4,557.00) | $120.00 |
| US00519470 | 04/19/2012 | 863756812 | 5245535706 | 5245535706 | $1,559.00 | ($1,519.00) | $40.00 |
| US00519470 | 04/24/2012 | 556349131 | 5245553334 | 5245553334 | $1,629.00 | ($1,519.00) | $110.00 |
| US00519470 | 04/24/2012 | 556652833 | 5245553145 | 5245553145 | $3,388.00 | ($625.00) | $2,763.00 |
| US00519470 | 04/24/2012 | 556861755 | 5245553152 | 5245553152 | $1,694.00 | ($1,584.00) | $110.00 |
| US00519470 | 04/24/2012 | 863662791 | 5245553338 | 5245553338 | $1,629.00 | ($1,519.00) | $110.00 |
| US00519470 | 04/24/2012 | 863745457 | 5245553341 | 5245553341 | $1,629.00 | ($1,519.00) | $110.00 |
| US00519470 | 04/24/2012 | 863763461 | 5245553356 | 5245553356 | $1,629.00 | ($1,519.00) | $110.00 |
| US00519470 | 04/26/2012 | 554041837 | 3501017664 | 3501017664 | ($1,559.00) | $0.00 | ($1,559.00) |
| US00519470 | 05/01/2012 | 863598664 | 5245584512 | 5245584512 | $1,729.00 | ($1,319.00) | $410.00 |
| US00519470 | 06/09/2012 | 557199019 | 5245740597 | 5245740597 | $5,629.00 | ($2,672.00) | $2,957.00 |
| US00519470 | 06/19/2012 | 859967141 | 5245774121 | 5245774121 | $1,827.28 | ($1,759.00) | $68.28 |
| US00519470 | 06/19/2012 | 864023277 | 5245774131 | 5245774131 | $1,830.44 | ($1,759.00) | $71.44 |
| US00519470 | 07/03/2012 | 554152879 | 5245830508 | 5245830508 | $1,584.00 | ($1,559.00) | $25.00 |
| US00519470 | 07/09/2012 | 556987469 | 5245858130 | 5245858130 | $148.00 | $0.00 | $148.00 |
| US00519470 | 07/09/2012 | 859811016 | 5245858131 | 5245858131 | $74.00 | $0.00 | $74.00 |
| US00519470 | 07/09/2012 | 859818661 | 5245858132 | 5245858132 | $148.00 | $0.00 | $148.00 |
| US00519470 | 07/10/2012 | 585197489 | 5245863221 | 5245863221 | $74.00 | $0.00 | $74.00 |
| US00519470 | 07/10/2012 | 863244341 | 5245863222 | 5245863222 | $148.00 | $0.00 | $148.00 |
| US00519470 | 08/30/2012 | 864215903 | 3502086165 | 3502086165 | ($750.00) | $0.00 | ($750.00) |
| US00519470 | 09/27/2012 | 864019786 | 5246194175 | 5246194175 | $74.00 | $0.00 | $74.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| US00519470 | 10/12/2012 | 864354136 | 3410849206 | 3410849206 | ($3,956.00) | $0.00 | ($3,956.00) |
| US00519470 | 10/12/2012 | 864376235 | 3410849207 | 3410849207 | ($3,956.00) | $0.00 | ($3,956.00) |
| US00519470 | 10/30/2012 | 558155623 | 3410893677 | 3410893677 | ($375.00) | $0.00 | ($375.00) |
| US00519470 | 11/13/2012 | 558526773 | 5246365163 | 5246365163 | $1,968.00 | $0.00 | $1,968.00 |
| US00519470 | 11/13/2012 | 864628398 | 5246366910 | 5246366910 | $3,487.00 | $0.00 | $3,487.00 |
| US00519470 | 11/13/2012 | 865786454 | 5246365186 | 5246365186 | $1,918.00 | $0.00 | $1,918.00 |
| US00519470 | 11/21/2012 | 864622283 | 3410955584 | 3410955584 | ($375.00) | $0.00 | ($375.00) |
| US00519470 | 11/22/2012 | 864622283 | 3410959367 | 3410959367 | ($250.00) | $0.00 | ($250.00) |
| US00519470 | 11/24/2012 | 865353758 | 5246407228 | 5246407228 | $1,918.00 | $0.00 | $1,918.00 |
| US00519470 | 11/26/2012 | 558345091 | 5246409098 | 5246409098 | $1,968.00 | $0.00 | $1,968.00 |
| US00519470 | 11/26/2012 | 558564483 | 5246409938 | 5246409938 | $1,968.00 | $0.00 | $1,968.00 |
| US00519470 | 11/27/2012 | xxx | 5246413054 | 5246413054 | $255.00 | $0.00 | $255.00 |
| | | | | | $398,698.72 | ($276,244.00) | $122,454.72 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

### CV12- 10212 CBM (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Stephen M. Uthoff  Bar no. 145206
suthoff@uthofflaw.com
The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, CA 90802
t. 562-437-4301 f. 562-437-4341

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER |
|---|---|---|
| Maersk Line | PLAINTIFF(S) | CV12-10212 -CBM (JEM) |
| v. | | |
| U.S. Furniture, Inc. | DEFENDANT(S). | SUMMONS |

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney Stephen M. Uthoff , whose address is:

The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, CA 90802

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within __21__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk, U.S. District Court

Dated:  NOV 29 2012             By:  MARILYN D[...]
                                      Deputy Clerk
                                      (Seal of the Court)

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Maersk Line

**DEFENDANTS**
U.S. Furniture, Inc.

**(b) County of Residence of First Listed Plaintiff** (Except in U.S. Plaintiff Cases):
North Carolina

**County of Residence of First Listed Defendant** (In U.S. Plaintiff Cases Only):

**(c) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Stephen M. Uthoff, Bar No. 145206   The Uthoff Law Corporation
401 E. Ocean Blvd., Suite 710
Long Beach, CA 90802
t. 562-437-4301 f. 562-437-4341

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No
**☐ MONEY DEMANDED IN COMPLAINT:** $ 122,454.72

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
46 USC 40101 et seq, 28 USC 1331, 1333   complaint for money due under tariff

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☑ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: CV12-10212

CV-71 (07/05)                              CIVIL COVER SHEET                              Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑ No ☐ Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

North Carolina

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

Los Angeles

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** [signature] Date November 28, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |